```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|                                          |   |                     |
|------------------------------------------|---|---------------------|
| DONALD RANDALL,                          | : |                     |
|                                          | : | No. 18-cv-17638 (NLH) |
|     Petitioner,      | : |                     |
|                                          | : |                     |
|     v.               | : | OPINION             |
|                                          | : |                     |
| THE ATTORNEY GENERAL OF THE              | : |                     |
| STATE OF NEW JERSEY, et al.              | : |                     |
|                                          | : |                     |
|     Respondents.     | : |                     |

APPEARANCE:
Donald Randall, No. 820259
East Jersey State Prison
Rahway, NJ 07065
    Petitioner Pro se

HILLMAN, District Judge

    Pro Se Petitioner Donald Randall, a prisoner presently incarcerated at the East Jersey State Prison in Rahway, New Jersey, files this Petition for Writ of Habeas corpus under 28 U.S.C. § 2254, to challenge a 2012 New Jersey state court conviction.

    Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a). Petitioner did not use the habeas form supplied by the Clerk for § 2254 petitions, i.e., AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

As a result, the Court will administratively terminate this matter and require Petitioner to submit his Petition on the correct form. An appropriate order follows.

Dated: December 28, 2018　　　　　　　　s/ Noel L. Hillman
At Camden, New Jersey　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.